**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6511

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

DANA ROSS,

             Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.  James P. Jones, Chief District
Judge.  (1:05-cr-00009-jpj-pms-1)

Submitted:  June 26, 2008              Decided:  July 2, 2008

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Dana Ross, Appellant Pro Se.  Donald Ray Wolthuis, OFFICE OF THE
UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana Ross appeals the district court's order denying his 18 U.S.C. § 3582(c) (2000) motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Ross</u>, No. 1:05-cr-00009-jpj-pms-1 (W.D. Va. filed Mar. 17, 2008; entered Mar. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>